UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

      v.                                        Cr. No. 1:13-cr-130-01 SM

RYAN NORMAND

## INFORMATION

The United States Attorney informs the Court:

### Count One

(False Statement to Firearms Dealer-18 U.S.C. 922(a)(6))

On or about March 9, 2013, in the District of New Hampshire, the defendant,

RYAN NORMAND

in connection with the acquisition of a Beretta, Model PX4 Storm, .40 caliber pistol, bearing serial number PY105543, from Kittery Trading Post, in Portsmouth, NH, did knowingly make false and fictitious written statements to, Kittery Trading Post a federally licensed firearms dealer, which statements were likely to deceive such dealer concerning a fact material to the lawfulness of the sale of the firearm to the defendant, in that the defendant falsely represented that he was the actual purchaser of the firearm when in fact, such firearm was purchased for another person, and the defendant falsely represented that he was not an unlawful user of, or addicted to, marijuana or any other any controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6).

## NOTICE OF CRIMINAL FIREARMS FORFEITURE
## PURSUANT TO 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

The allegations of Count One of this Information are hereby re-alleged as if fully set forth herein and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d).  Upon conviction of the offense alleged in Count One of this Information, the defendant, Ryan Normand, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to:

(1)     One Smith and Wesson, .40 caliber handgun, serial number THB4247;

(2)     One Smith and Wesson AR .22 caliber rifle, serial number DZA6570; and

(3)     One Beretta, Model PX Storm, .40 caliber handgun, serial number PY105543.

.

Dated:  December 2, 2013                         JOHN P. KACAVAS
                                                 United States Attorney


                                                 /s/ Robert J. Veiga
                                                 Robert J. Veiga
                                                 Assistant U.S. Attorney